DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLANDRO DEWAYNE PETERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2024-3033 and 4D2025-0102

[January 8, 2026]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 2022-CF-001726 A.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***